UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

IN THE MATTER OF THE
PETITION OF ONYX SERVICES
LLC FOR EXONERATION FROM
OR LIMITATION OF LIABILITY
AS THE OWNER *PRO HAC VICE*
OF THE BOA, OFFICAL NUMBER
1196178.

Case No.: 3:23-cv-308-BJD-JBT

_____/

**ORDER APPROVING LETTER OF UNDERTAKING/LIMITATION FUND, DIRECTING ISSUANCE OF NOTICE AND INJUNCTION**

A Complaint having been filed herein on March 17, 2023, by Onyx Services, LLC ("Onyx"), as owner *pro hac vice* of the 25.80-foot steel push boat Vessel "BOA" bearing Official Number 1196178 (the "Vessel"), for exoneration from and/or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. §§ 30501 *et seq.* and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, together with the statutes supplemental thereto and amendatory thereof, and also contesting its liability independently of the limitation of liability claims under said Acts, Treaty or Code for any loss, damages, deaths, personal injuries, damage or destruction of property or other occurrences arising from the incident which occurred on or about June 17, 2021, on the navigable waters of the United States, namely, the St. Johns River in Palatka, Florida, as further described in the Complaint, and said Complaint

1

also stating the alleged facts and circumstances on which such exoneration from or limitation of liability is claimed;

And Petitioner having deposited with the Court as security for the benefit of Claims, a Letter of Undertaking not less than or equal to the amount or value of its interest in the Vessel, as required by the rules of this Court and by the law;

IT IS ORDERED AND ADJUDGED that the Letter of Undertaking for the value of Petitioner's interest in the Vessel, for no more than the amount of $275,000.00, plus costs and interest at the rate of 6 percent per annum from the date of the security, and filed herein by Petitioner, be accepted as Ad Interim Stipulation for the purposed of this action and that it be approved as to form and quantum.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner and any Claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the Vessel as fixed in said Letter of Undertaking/Ad Interim Stipulation, subject to such increases or decreases in the amount of such Stipulation, together with adequate security, as the Court may from time to time order according to the rules and practices of this Court.

IT IS FURTHER ORDERED AND ADJUDGED that if the amount of the Letter of Undertaking/Ad Interim Stipulation is not contested by any Claimant herein, said Letter of Undertaking/Stipulation shall stand as Stipulation for Value and an appraisal by a Commissioner will not be required.

NOW, THEREFORE, it is ordered that a Notice/Monition issue out of and under the seal of this Court against all persons or corporations claiming damage for

any and all loss, destruction, damage, injuries, and/or death allegedly as a result of the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk of this Court and to serve on or mail to the attorneys for the Petitioner copies thereof on or before September 18, 2023, and that all persons or corporations so presenting claims and desiring to contest the allegations of the Complaint shall file an answer to the Complaint in this Court and shall serve on or mail to the attorneys for the Petitioner copies thereof, or be defaulted.

IT IS FURTHER ORDERED that said Notice/Monition be published, as required by Supplemental Rule F(4) and the Admiralty and Maritime Practice Manual of the United States District Court for the Middle District of Florida, once each week for four successive weeks in an approved newspaper of general circulation in Putnam County, Florida and Duval County, Florida, prior to the date fixed for the filing of claims, and that not later than the date of the second weekly publication a copy of said notice to be mailed by Petitioner to every person or corporation known by the Petitioner to have a claim against Petitioner arising out of the incident set forth in the Complaint.

IT IS FURTHER ORDERED that the commencement or further prosecution of any action, suit or proceeding in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings, or any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any claim arising out of, or connected with the incident set forth in the Complaint herein,

be and the same are hereby STAYED AND RESTRAINED until the final determination of this proceeding.

IT IS FINALLY ORDERED that the service of this Order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery by the Marshal of the United States for such District of a certified copy of this Order on the person or persons to be restrained or to their respective attorneys, or alternatively, by mailing a conformed copy of it to the person or persons to be restrained or to their respective attorney.

DONE AND ORDERED in Jacksonville, Florida this 6 day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE